UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID S. HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-CV-287-HBG |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Plaintiff's Motion for Judgment On The Pleadings [**Doc. 12**] is **GRANTED IN PART**, and the Commissioner's Motion for Summary Judgment [**Doc. 14**] is **DENIED**. This action is **REMANDED** for further proceedings consistent with the Memorandum Opinion.

IT IS SO ORDERED.

ENTER:

*[signature: Bruce Guyton]*
United States Magistrate Judge

ENTERED AS A JUDGMENT
　s/ *Debra C. Poplin*
　CLERK OF COURT